

Still Image From Body Cam
May 7, 2023

Shows the exact location where my body was "dumped", unclothed, at the entrance of the Emergency Department . Shows another patient in distress during the event and covering his entire body with a blanket.