**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **KAREN OVERSTREET,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION** |
| | ) | |
| **v.** | ) | **No. 25-2735-KHV** |
| | ) | |
| **THE UNIVERSITY OF KANSAS** | ) | |
| **HOSPITAL AUTHORITY, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**MEMORANDUM AND ORDER**

On June 5, 2026, Magistrate Judge Brooks G. Severson recommended that the Court dismiss the federal claims in plaintiff's second amended complaint (Doc. #26) filed May 26, 2026, and decline to exercise jurisdiction over any state law claims. See Report And Recommendation For Dismissal (Doc. #29). The deadline for objections to Judge Severson's report and recommendation was July 30, 2026. See Order (Doc. #32) filed June 18, 2026. No party has objected. For this reason and for substantially the reasons stated in the Report And Recommendation For Dismissal (Doc. #29), the Court adopts the report and recommendation in its entirety.

**IT IS THEREFORE ORDERED** that the Court adopts the Report And Recommendation For Dismissal (Doc. #29) filed June 5, 2026 in its entirety.

**IT IS FURTHER ORDERED** that pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), the Court dismisses the federal claims in plaintiff's second amended complaint (Doc. #26) filed May 26, 2026.

**IT IS FURTHER ORDERED** that to the extent that plaintiff's second amended complaint (Doc. #26) filed May 26, 2026 could be construed to assert any state law claims, the Court declines

to exercise jurisdiction pursuant to 28 U.S.C. § 1367(c)(3).

Dated this 7th day of August, 2026 at Kansas City, Kansas.

<u>s/ Kathryn H. Vratil</u>
KATHRYN H. VRATIL
United States District Judge